# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE, INC.,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CONTINENTAL SHIPPING LINE, INC.<br>aka CONTINENTAL SHIPPING LINE;<br>CONTINENTAL SHIPPING LINE, LLC,<br><br>　　　　Defendants.<br>_____<br>MAERSK LINE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CONTINENTAL SHIPPING LINE, INC.<br>aka CONTINENTAL SHIPPING LINE;<br>CONTINENTAL SHIPPING LINE, LLC,<br><br>　　　　Defendants. | CASE NO. 06CV2301 LAB (NLS)<br>(consolidated w/06cv2352-LAB (NLS))<br><br>**ORDER CONSOLIDATING CASES,<br>AND ORDER ON MOTION FOR<br>DEFAULT JUDGMENT** |

At a hearing held on March 26, 2007, on Plaintiff's motion for default judgment in these cases, Plaintiff appeared. A principal for Defendants, Mr. Gallion, also appeared.

At the hearing, Plaintiff's counsel and Mr. Gallion consented to the consolidation of these cases. The Court has found the two cases sufficiently related. Therefore, pursuant to Federal Rule of Civil Procedure 42(a), the two cases are hereby **CONSOLIDATED** in their

entirety. All future filings shall be made under a caption reflecting both cases, but bearing only the number of the lower numbered case. The Clerk of the Court shall file all future pleadings only under case no. 06CV2301 LAB (NLS), and any pleadings bearing case no. 06CV2352 LAB (NLS) shall be filed in case no. 06CV2301 LAB (NLS).

According to the complaint and other pleadings, the correct spelling of the name of the Plaintiff in case no. 06cv2301 is "Safmarine, Inc." The Clerk shall amend the docket to reflect this spelling.

At the hearing on the motions for default judgment, Mr. Gallion represented that Defendants had not previously received notice of the proceedings against them, although he did not dispute Plaintiff's representation that notice was sent to Defendants' registered agent, Legalzoom.com. Mr. Gallion represented to the Court that he could hire an attorney and appear at a hearing with counsel representing Defendants if given thirty days to do so. In view of these representations and the policy favoring decisions on the merits, the Court hereby **CONTINUES** its consideration of the motions for default judgment. The parties are hereby **ORDERED** to appear for a hearing on the motions for default judgment on **Monday, May 7, 2007 at 11:30 a.m.** Should Defendants fail to appear with counsel at that time as ordered, default judgment may be granted against them without further notice.

**IT IS SO ORDERED**.

DATED: March 29, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge