# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFMARINE, INC.,<br><br>                                   Plaintiff,<br>  vs.<br><br>CONTINENTAL SHIPPING LINE, INC.<br>aka CONTINENTAL SHIPPING LINE;<br>CONTINENTAL SHIPPING LINE, LLC,<br><br>                                 Defendants.<br>_____<br>MAERSK LINE,<br><br>                                 Plaintiff,<br>  vs.<br><br>CONTINENTAL SHIPPING LINE, INC.<br>aka CONTINENTAL SHIPPING LINE;<br>CONTINENTAL SHIPPING LINE, LLC,<br><br>                                 Defendants. | CASE NO. 06CV2301 LAB (NLS)<br>(consolidated with 06cv2352-LAB (NLS))<br><br>**ORDER OF DISMISSAL** |

    On April 27, 2007, the parties filed a joint motion for dismissal, stating they had reached a settlement. The complaint is therefore **DISMISSED WITHOUT PREJUDICE**. The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

The parties represent that payment under the settlement agreement is to be completed no later than May 15, 2010.  Therefore, unless a party has, no later than June 15, 2010, filed a written request, requesting that this case be reopened to enforce the settlement agreement, this case will be deemed dismissed with prejudice as of June 16, 2010.

All pending motions are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED: May 6, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge